UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHAUNCEY DION MARTIN,

      Plaintiff,

    v.

BRINTON,

      Defendant.

No. 2:25-cv-01223 DC SCR (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 7)

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2026, the magistrate judge filed findings and recommendations herein which were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 7. Plaintiff has not filed objections to the findings and recommendations, and the time in which to do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations (ECF No. 7) are ADOPTED;

    2. Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claim

1

against defendant Brinton in his official capacity is dismissed without leave to amend; and

3. This matter is referred back to the assigned magistrate judge for further proceedings.


IT IS SO ORDERED.

Dated:    **April 30, 2026**    _____

Dena Coggins
United States District Judge

2